No. 654. Department of Treasury of Indiana et al. *v.* Wood Preserving Corp. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Samuel D. Jackson,* Attorney General of Indiana, *Joseph W. Hutchinson,* and *Joseph P. McNamara,* Deputy Attorneys General, for petitioners. *Messrs. Frederick E. Matson, Harry T.*

*Ice,* and *Carleton M. Crick* for respondent.

